UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SHARRON ANNE CAROL,

                    Plaintiff,                NO. CV-07-0052-EFS

        v.
                                              **ORDER GRANTING PLAINTIFF'S**
GREYHOUND LINES, INC.,                        **MOTION TO DISMISS**
Spokane WA Station and
Denver,

                    Defendant.

        Before the Court, without oral argument, is Plaintiff Sharron Anne
Carol's Motion to Dismiss (Ct. Rec. 7).  As Defendant Greyhound Lines
Inc. has not yet been served or filed any documents, Plaintiff's motion
is granted pursuant to Federal Rule of Civil Procedure 41(a)(2) and the
complaint is dismissed without prejudice.

        **ACCORDINGLY, IT IS HEREBY ORDERED:** Plaintiff's Motion to Dismiss
**(Ct. Rec. 7)** is **GRANTED.**

        **IT IS SO ORDERED.**  The District Court Executive is directed to enter
this Order, provide a copy to Plaintiff, and **close the file.**

        **DATED** this ____23rd____ day of March 2007.


                        ___S/ Edward F. Shea_____
                            EDWARD F. SHEA
                        United States District Judge

Q:\Civil\2007\0052.dismiss.wpd


ORDER ~ 1